UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMMY RENE,

        Plaintiff,                               Case No. _____

v.

MIDLAND CREDIT
MANAGEMENT, INC.,

        Defendant.
_____/

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED ON FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1441**

Defendant Midland Credit Management, Inc. ("Midland" or "Defendant") hereby file this Notice of Removal, pursuant to 28 U.S.C. §§ 1331 and 1441, and removes to the United States District Court for the Middle District of Florida, the matter currently pending in the County Court of the Ninth Judicial Circuit, in and for Orange County, Florida, styled *Sammy Rene v. Midland Credit Management Inc.*, Case No. 2024-SC-023804-O, on the following grounds:

1. This Notice of Removal is founded and based upon a federal question pursuant to 28 U.S.C. §§ 1331 and 1441. Plaintiff Sammy Rene ("Plaintiff"), originally filed this civil action on or about June 15, 2024, in the County Court in and for Orange County, Florida, and served the action on Defendant on June 20, 2024. Plaintiff is seeking monetary damages from the Defendant. As required by 28 U.S.C. § 1446(a),

a copy of the process, pleadings, orders and other documents presently contained in the state court file and available for copying are attached to this Notice.

A.   **CONSENT TO REMOVAL**

2.   Midland is the only Defendant in this action.

B.   **TIMELINESS OF REMOVAL**

3.   Defendant was served on June 20, 2024.  Accordingly, this Notice of Removal is timely filed within thirty (30) days of the date of service pursuant to 28 U.S.C. § 1446(b).

C.   **THE VENUE REQUIREMENT IS MET**

4.   Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the District and Division corresponding to the place where the county court action is pending.

D.   **FEDERAL QUESTION AT ISSUE**

5.   Plaintiff alleges purported claims under the Fair Debt Collection Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA"). *See* Complaint ¶¶83-94. Although Plaintiff has also asserted purported claims under the Florida Consumer Collection Practices Act ("FCCPA"), *see id.* ¶¶101-104, and the Florida Civil Remedies for Criminal Practices Act ("CRCPA"), *see id.* ¶¶95-100, pursuant to 29 U.S.C. § 1441(c)(1), the entire action may be removed as the action would be removable without the inclusion of the FCCPA or CRCPA claims.  Moreover, this Court has supplemental jurisdiction over the FCCPA and CRCPA claims.

6.  Plaintiff's Complaint is removable to the United States District Court for the Middle District of Florida because the Complaint presents a federal question. Specifically, 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331. Plaintiff's claims provide the basis for this Court's jurisdiction as they have brought suit under the laws of the United States. Accordingly, Defendant is entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

**E.      NOTICE TO PARTIES AND TO THE CIRCUIT COURT**

7.  Written notice of the filing of this Notice of Removal is being served on Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the County Court for the Ninth Judicial Circuit, in and for Orange County, Florida, in compliance with 28 U.S.C. 1446(d).

WHEREFORE, Defendant Midland Credit Management, Inc., request that the above-styled action now pending against them in Orange County Court, Florida, be removed to this Court.

Dated: July 19, 2024.          Respectfully Submitted,

By:   s/ Cory Eichhorn
      Cory Eichhorn, Esq.
      Florida Bar No. 576761
      cory.eichhorn@hklaw.com
      Sydney Alexander
      Florida Bar No. 1019569
      sydney.alexander@hklaw.com
      Holland & Knight LLP
      701 Brickell Avenue, Suite 3300

Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

*Attorneys for Defendant*
*Midland Credit Management, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      *s/Cory Eichhorn*
      Cory Eichhorn

## SERVICE LIST

Fethullah Gulen, Esq.
Seraph Legal. P.A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
Telephone: (813) 567-1230
Facsimile: (855) 500-0705
fgulen@seraphlegal.com
*Attorney for Plaintiff*