**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SAMMY RENE,**

    *Plaintiff,*

v.                                                                6:24-cv-1320-JSS-LHP

**MIDLAND CREDIT**
**MANAGEMENT, INC.,**

    *Defendant.*
_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Midland Credit Management, Inc. have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendant from this case with prejudice.

Respectfully submitted on August 19, 2024.

                                                          /s/ *Fethullah Gulen*
                                                          Fethullah Gulen, Esq.
                                                          Florida Bar Number: 1045392
                                                          Seraph Legal, P. A.
                                                          2124 W Kennedy Blvd., Suite A
                                                          Tampa, FL 33606
                                                          (813) 567-1230
                                                          FGulen@SeraphLegal.com
                                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

/s/ *Fethullah Gulen*
Fethullah Gulen, Esq.
FL Bar # 1045392