UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMMY RENE,

    Plaintiff,

v.                                          Case No: 6:24-cv-1320-JSS-LHP

MIDLAND CREDIT
MANAGEMENT, INC.,

    Defendant.
_____/

**ORDER**

The court has been notified by Plaintiff's Notice of Settlement with Defendant (Dkt. 14) that the above-styled action has been settled. Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice.

Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

**ORDERED** in Orlando, Florida on August 27, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record